**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MAXMILLIAN SLOLEY,**

       **Plaintiff,**

 **vs.**                   1:17-CV-068
                            (TJM/DJS)

**JAMES LEBOW and LEBOW**
**& ASSOCIATES, PLLC,**

         **Defendants.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**


## DECISION & ORDER

 The Court referred this legal malpractice action, which arises from Defendants' representation of Plaintiff in a civil rights action in the Northern District of New York, to the Hon. Daniel J. Stewart, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). The October 29, 2018, Report-Recommendation, dkt. # 43, recommends that the Court strike the Answer of Defendant Lebow & Associates and direct the Clerk of Court to enter default against that Defendant.

 No party objected to the Report-Recommendation, and the time for such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will accept and adopt the Report-Recommendation.

 Accordingly,

The Report-Recommendation of Magistrate Judge Stewart, dkt. # 43, is hereby **ACCEPTED** and **ADOPTED** and the Answer of Defendant Lebow & Associates, dkt. # 33, is hereby **STRICKEN**. The Answer filed by Defendant Lebow, individually, remains. The Clerk of Court is hereby **DIRECTED** to enter default on the part of Defendant Lebow & Associates.

**IT IS SO ORDERED.**

Dated: December 12, 2018

Thomas J. McAvoy
Senior, U.S. District Judge